# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT S. CORNS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>          Defendant(s). | Case No. 2:16-cv-01029-JCM-NJK<br><br>ORDER |

Pending before the Court is the parties' stipulated discovery plan, Docket No. 9, which is hereby **DENIED**. *See* Local Rule 26-1(b)(7)-(9) (effective May 1, 2016). Counsel shall consult the new local rules, and file a discovery plan that conforms thereto by no later than June 13, 2016.

IT IS SO ORDERED.

DATED: June 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge