Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff Robert S. Corns

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT S. CORNS | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case Number<br>) 2:16-cv-01029-JCM-NJK<br>) |
| EQUIFAX INFORMATION<br>SERVICES LLC | )<br>)<br>) |
| Defendant | )<br>) |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                        SNELL & WILMER, L.L.P.

_____                _____
MITCHELL D. GLINER, ESQ.                        BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 003419                           Nevada Bar No. 013064
3017 W. Charleston Blvd. # 95                   3883 Howard Hughes Pkwy., # 1100
Las Vegas, Nevada 89102                         Las Vegas, Nevada 89169
Attorney for Plaintiff                          Attorneys for Defendant

IT IS SO ORDERED August 10, 2016.

_____
UNITED STATES DISTRICT JUDGE